DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN PITCHER** and **REID MOORE, JR.,**
Appellants,

v.

**DAVID J. ZAPPITELL, ZAPPITELL & KAPRAL, P.A.,** and **ZAPPITELL LAW FIRM, P.L.,**
Appellees.

No. 4D17-3202

[May 17, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Meenu Sasser, Judge; L.T. Case No. 50-2012-CA-007747-XXXX-MB.

Reid Moore, Jr., Palm Beach, for appellants.

Kerri C. Smith of the Law Office of Kerri C. Smith, P.A., Boca Raton; and David J. Zappitell of the Zappitell Law Firm, P.L., Delray Beach, for appellees.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***